IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MELANIE D. PENTLIN, | ) |
| Plaintiff, | ) Cause No. CaseNumber |
| vs. | ) |
| HOSPITALITY STAFFING SOLUTIONS, LLC and KELLERMEYER BERGENSONS SERVICES, LLC, | ) |
| Defendants. | ) |

## NOTICE TO THE PLAINTIFF

TO:

Garrett M. Hodes
6 Victory Lane, Suite 6
Liberty, MO 64068
garrett@hodeslawfirm.com

COMES NOW Defendants, HOSPITALITY STAFFING SOLUTIONS, LLC and KELLERMEYER BERGENSONS SERVICES, LLC, by and through their undersigned attorneys, Hinshaw & Culbertson LLP, and hereby gives Notice to the Plaintiff that pursuant to 28 U.S.C. §§1441 and 1446, Defendants have filed a Notice of Removal of this cause now pending in the Circuit Court of Cass County, Missouri.

HINSHAW & CULBERTSON LLP

/s/ James M. Brodzik
James M. Brodzik, #66700
701 Market Street, Suite 260
St. Louis, MO 63101
P: 314-241-2600
F: 314-241-7428
jbrodzik@hinshawlaw.com
Attorneys for Defendants
HOSPITALITY STAFFING SOLUTIONS, LLC and
KELLERMEYER BERGENSONS SERVICES, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices, on this 18th day of September, 2023.

Garrett M. Hodes
Hodes Law Firm, LLC
6 Victory Lane, Suite 6
Liberty, MO 64068
Tel: (816) 222-4338
Fax: (816) 931-1718
garrett@hodeslawfirm.com
*Attorney for Plaintiff*

/s /James M. Brodzik